CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Marquez**, <br><br> Plaintiff, <br><br> v. <br><br> **ARCP UO Portfolio IV, LP,** a Delaware Limited Partnership; **ARCP GP UO Portfolio IV, LLC,** a Delaware Limited Liability Company; **APRO, LLC,** a Delaware Limited Liability Company; and Does 1-10 <br><br> Defendants. | **Case:** 2:19-CV-05475-JFW-SS <br><br> **Plaintiff's Notice of Lodging of proposed Judgment** |

Please take notice that in accordance with the court's order of March 11, 2020, the plaintiff is lodging the proposed judgment (attached).

Dated: March 17, 2020          CENTER FOR DISABILITY ACCESS

                               By:  /s/ Dennis Price
                                    Dennis Price, Esq.
                                    Attorneys for Plaintiff

1