JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Luis Marquez**,

    Plaintiff,

v.

**ARCP UO Portfolio IV, LP,** a Delaware Limited Partnership; **ARCP GP UO Portfolio IV, LLC,** a Delaware Limited Liability Company; **APRO, LLC,** a Delaware Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:19-CV-05475-JFW-SS

Judgment

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Luis Marquez and against defendants ARCP UO Portfolio IV, LP, a Delaware Limited Partnership; ARCP GP UO Portfolio IV, LLC, a Delaware Limited Liability Company; APRO, LLC, a Delaware Limited Liability Company in the amount of $10,000. This shall be the total amount paid by Defendants in relation to any liability claimed in the Action, including all costs, and attorney's fees, otherwise recoverable in the Action by Plaintiff.

Additionally, within 180 days, defendants ARCP UO Portfolio IV, LP, a Delaware Limited Partnership; ARCP GP UO Portfolio IV, LLC, a Delaware Limited Liability Company; APRO, LLC, a Delaware Limited Liability Company are shall:

1. Provide an accessible path of travel to the air pump and an accessible sales counter at the property located at 10211 E. Alondra Blvd., Bellflower, California, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design.
2. Maintain the property in compliance with applicable accessibility standards.
3. Make the property available for inspection by Plaintiff upon 10 days written notice, served by certified mail.

Dated: March 18, 2020

Hon. JOHN F. WALTER
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff